No. 843. KAY *v.* FEDERAL TRADE COMMISSION. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Abbott*

*Elliott Kay, pro se. Solicitor General Thacher, Assistant to the Attorney General O'Brian, Messrs. Claude R. Branch, Charles H. Weston, Robert E. Healy,* and *Martin A. Morrison* for respondent.

